**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**LARRY RASHONE PRUNTY,**

   **Petitioner,**

**v.**                                                    **Case No. 1:17cv117-MW/CAS**

**JULIE L. JONES,**

   **Respondent.**

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and

Recommendation.  ECF No. 30.  Upon consideration, no objections having been filed by the

parties,[1]

   **IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion.  The

Clerk shall enter judgment stating, "Petitioner's § 2254 petition, ECF No. 1, is **DENIED**. A

Certificate of Appealability is **DENIED** and leave to appeal *in forma pauperis* is **DENIED**."   The

Clerk shall close the file.

   **SO ORDERED on January 18, 2019.**

                                   **s/ MARK E. WALKER**
                                   **Chief United States District Judge**

---

[1] Petitioner requested and was granted an extension of time to December 31, 2018, to file any objection to the report and recommendation.  ECF No. 32.  No objections have been filed by Petitioner.