IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**LARRY RASHONE PRUNTY,**

    Petitioner,

v.                                                      Case No. 1:17cv117-MW/CAS

**JULIE L. JONES,**

    **Respondent.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 30, and has considered *de novo* the objections filed Petitioner to the Right and Recommendation. ECF No. 37. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted, over Petitioner's objections,** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's § 2254 petition, ECF No. 1, is **DENIED**. A Certificate of Appealability is **DENIED** and leave to appeal *in forma pauperis* is **DENIED**." The Clerk shall close the file.

**SO ORDERED on April 2, 2019.**

                                                      s/Mark E. Walker
                                                      **Chief United States District Judge**